UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD PRICE, | No. 2:23-cv-01229-DJC-DB |
| Plaintiff, | |
| v. | ORDER |
| WARDEN, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 11, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  In addition, the Court notes that Plaintiff has failed to update his address as required by Local Rule 183(b).  Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations (ECF No. 11) are adopted in full; and

1

1    2.  This action is dismissed without prejudice for failure to comply with court
2 orders and failure to prosecute, see L.R. 110, L.R. 182(b), and Fed. R. Civ. P. 41(b); and
3    3.  The Clerk of the Court is directed to close this case.

   IT IS SO ORDERED.

Dated:  **June 7, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

.800

2